S. S. WHITE V. THE STATE.

No. 11535.    Delivered April 18, 1928.

**Theft by Bailee—Statement of Facts—Must Be Filed in Trial Court.**

Where a statement of facts fails to show that it was filed in the trial court it will not be considered on appeal.    See Branch's Ann. P. C., Sec. 598; Roach v. State, 120 S. W. 448, and Waddell v. State, 105 S. W. 796.

Appeal from the District Court of Hale County. Tried below before the Hon. Charles Clements, Judge.

Appeal from a conviction for theft by bailee, penalty three years in the penitentiary.

The opinion states the case.

No brief filed for appellant.

*A. A. Dawson* of Canton, State's Attorney, for the State.

CHRISTIAN, JUDGE.—The offense is theft by bailee of property over the value of fifty dollars, the punishment confinement in the penitentiary for three years.

The transcript contains no bills of exception. The statement of facts does not appear to have been filed in the court below.

This court will not consider a statement of facts which fails to show that it was filed in the trial court. Branch's Ann. P. C., Sec. 598; Roch v. State, 120 S. W. 448; Waddell v. State, 105 S. W. 796.

No question is presented for review.

The judgment is affirmed.

*Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.